UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-21586-RKA

JOANN URBANCZYK

     Plaintiff,

v.

NCL (BAHAMAS) LTD., a Bermuda
Corporation d/b/a NORWEGIAN
CRUISE LINES,

     Defendant.

_____/

## JOINT NOTICE OF MEDIATOR SELECTION

The Parties hereby give notice to the Court that they have selected John B. Marion, IV., Esq., of Upchurch Mediation to serve as the mediator in this matter.  Mediation will take place on June 24, 2026, at 2:30 p.m.

| | |
|---|---|
| Brett Berman, Esq.<br>Norwegian Cruise Lines<br>7300 Corporate Center Drive<br>Miami, Florida 33126<br>(305) 436-4916<br>(305) 468-2132 | **WADSWORTH, MARGREY & DIXON, LLP**<br>*Attorneys for Defendant*<br>261 NE 1st Street, 5th Floor<br>Miami, FL 33132<br>(305) 777-1000 Telephone<br>(305) 777-1001 Facsimile |
| */S/ Brett Berman*<br>Brett Berman, Esq.<br>Florida Bar No.: 68221<br>**bberman@ncl.com** | By:   */S/ David H. Echavarria*<br>    David H. Echavarria, Esq.<br>    Florida Bar No.: 27720<br>    Primary: de@wmd-law.org;<br>    arelysa@wmd-law.org<br>    Christopher W. Wadsworth, Esq.<br>    Florida Bar No. 078026<br>    Secondary: cw@wmd-law.org |

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that, a true and correct copy of the foregoing has been served

via Electronic filed and served via EM/ECF on April 7, 2026

**WADSWORTH, MARGREY & DIXON, LLP**

*Attorneys for Defendant*

261 NE 1st Street, 5th Floor

Miami, FL 33132

(305) 777-1000 Telephone

(305) 777-1001 Facsimile

By:      */S/ David H. Echavarria*

David H. Echavarria, Esq.

Florida Bar No.: 27720

Primary: de@wmd-law.org;

arelysa@wmd-law.org

Christopher W. Wadsworth, Esq.

Florida Bar No. 078026

Secondary: cw@wmd-law.org

2